1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  ELDRIDGE JOHNSON, | CASE NO. 3:12-CV-02730-VC |
| 12           Plaintiff, | [~~PROPOSED~~] **ORDER TO HAVE APRIL 9, 2015 CASE MANAGEMENT CONFERENCE RECORDED** |
| 13      vs. | AS MODIFIED |
| 14  UNITED AIR LINES, INC.; CONTINENTAL AIRLINES, INC.; and | Judge:     Hon. Vince Chhabria |
| 15  DOES 1-10, | Complaint filed:    May 29, 2012 |
| 16           Defendants. | FAC filed:          July 20, 2012 |
| |                      SAC filed:          November 30, 2012 |
| 17 |                 TAC filed:          May 20, 2013 |
| |                      Corrected TAC filed: June 21, 2013 |
| 18 |                 4AC filed:          January 3, 2014 |
| |                      5AC filed:          March 2, 2015 |

19
20
21
22
23
24
25
26
27
28

---

Case No. 3:12-CV-02730-VC                                [PROPOSED] ORDER TO HAVE
                                                          4/9/15 CMC RECORDED

1
*Related cases*:
Ecung, Mario v. United Airlines, Inc. et al. 3:15-cv-00456 VC
2 Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC
Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC
3 Montgomery, United Airlines, Inc. et al. 3:15-cv-00459 VC
Gadson, Annette v. United Airlines, Inc. et al. 4:15-cv-00460 VC
4 Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC
Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC
5 Robinson, Frederick v. United Airlines, Inc. et al. 4:15-cv-00463 VC
Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC
6 Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC
Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC
7 Haynie, Terry v. United Airlines, Inc. et al. 4:15-cv-00467 VC
Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC
8 Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC
Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC
9 Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC
Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC
10 Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC
Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC
11 John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC
Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC
12 Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Having considered the papers and all pleadings on file and good cause appearing
2  therefore, IT IS HEREBY ORDERED that the Stipulation To Have April 9, 2015 Case
3  Management Conference Recorded is GRANTED, as follows:
4      XX    The Court will provide FTR recording services to record the Case Management
5  Conference scheduled for April 9, 2015 at 10:00 a.m.
6  All proceedings in these related cases will be recorded.
7  IT IS SO ORDERED.

10  Dated: April 9, 2015

IT IS SO ORDERED AS MODIFIED

Judge Vince Chhabria

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*