UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br>Plaintiff,<br>v.<br>UNITED AIRLINES, INC., et al.,<br>Defendants.<br><br>AND COORDINATED CASES:<br>Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC<br>Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC<br>Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC<br>Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC<br>Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC<br>Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC<br>Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC<br>Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC<br>Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC<br>Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC<br>Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC<br>Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC<br>Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC<br>Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC<br>John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC<br>Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC<br>Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC | Case No. 12-cv-02730-VC<br><br>**ORDER GRANTING MOTION FOR PROTECTIVE ORDER**<br><br>Re: Dkt. No. 194 |

1    The motion for a protective order is granted.  It is obvious that these cases will require the
2  exchange of material whose contents must be kept confidential.  Indeed, the plaintiffs have already
3  sought discovery of the contents of the personnel files of United employees.  The defendants are
4  directed to submit proposed orders in each of the coordinated cases based on the Northern District
5  of California's model protective order, with the only change being the addition of the "attorneys'
6  eyes only" designation they've proposed.  The parties are ordered to meet and confer about
7  categories of documents and other discovery materials that may be shared between cases and
8  submit a stipulation by August 27.  The plaintiffs may file a supplemental brief, not to exceed 5
9  pages, in response to the court's order to show cause by August 20.

**IT IS SO ORDERED.**

Dated: August 14, 2015

_____
VINCE CHHABRIA
United States District Judge