UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. NOBLE,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED AIR LINES, INC., et al.,<br><br>        Defendants. | Case No. 15-cv-00461-VC<br><br>**ORDER**<br><br>Re: Dkt. No. 61 |

    The request to vacate the portion of the order to show cause requiring the plaintiff's personal appearance on September 10, 2015 is denied.

**IT IS SO ORDERED.**

Dated: September 2, 2015

_____
VINCE CHHABRIA
United States District Judge