# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br>Plaintiff,<br>v.<br><br>UNITED AIRLINES, INC., et al.,<br>Defendants.<br>AND COORDINATED CASES:<br>Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC<br>Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC<br>Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC<br>Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC<br>Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC<br>Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC<br>Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC<br>Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC<br>Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC<br>Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC<br>Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC<br>Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC<br>Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC<br>Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC<br>John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC<br>Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC<br>Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC | Case No. 12-cv-02730-VC<br><br>**ORDER RE DEPOSITION SCHEDULE** |

1  In these coordinated cases, several plaintiffs have failed to appear, or announced that they
2  would not appear, for their depositions.  As a result, during the September 10, 2015 hearing, the
3  Court ordered counsel for the parties to agree on deposition dates for each plaintiff in these
4  coordinated cases, and to provide the Court with those dates on the record.  They have now done
5  so, and it is now the order of the Court that each plaintiff appear for his deposition on the dates
6  provided by counsel on the record at the hearing.  The failure by any plaintiff to appear for his
7  deposition on the agreed-upon dates will result in dismissal of his case for failure to prosecute.

8  The parties may not change these dates on their own.  In the event the parties wish to
9  change a deposition date, they must submit a stipulated request for permission from the Court to
10 change the date.  The Court will only grant such a request upon a showing of extraordinary
11 circumstances.

**IT IS SO ORDERED.**

Dated: September 11, 2015

_____
VINCE CHHABRIA
United States District Judge