1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6

7 ELDRIDGE JOHNSON,
Plaintiff,

Case No.  12-cv-02730-VC

8 v.

9 UNITED AIRLINES, INC., et al.,
Defendants.

**ORDER**

10 AND COORDINATED CASES:
Miller, Leon v. United Airlines, Inc. et al.
3:15-cv-00457 VC

11 Palmer, Xavier v. United Airlines, Inc. et al.
3:15-cv-00458 VC

12 Noble, Paul C. v. United Airlines, Inc. et al.
3:15-cv-00461 VC

13 Jones Jr., Johnnie E. v. United Airlines, Inc.
et al. 3:15-cv-00462 VC

14 Roane, Glen v. United Airlines, Inc. et al.
3:15-cv-00464 VC

15 Ricketts, David v. United Airlines, Inc. et al.
3:15-cv-00465 VC

16 Tom, Lester v. United Airlines, Inc. et al.
3:15-cv-00466 VC

17 Crocker, Sal v. United Airlines, Inc. et al.
3:15-cv-00468 VC

18 Manswell, Anthony v. United Airlines, Inc.
et al. 3:15-cv-00469 VC

19 Minter, Karl v. United Airlines, Inc. et al.
3:15-cv-00470 VC

20 Washington, Erwin v. United Airlines, Inc. et
al. 4:15-cv-00471 VC

21 Wilson, Darryl v. United Airlines, Inc. et al.
3:15-cv-00472 VC

22 Sherman, Leo v. United Airlines, Inc. et al.
3:15-cv-00473 VC

23 Haney, Ken v. United Airlines, Inc. et al.
3:15-cv-00474 VC

24 John, Richard v. United Airlines, Inc. et al.
3:15-cv-00475 VC

25 Briscoe, Odie v. United Airlines, Inc. et al.
3:15-cv-00476 VC

26 Hartsfield, Terrence v. United Airlines, Inc.
et al. 3:15-cv-00477 VC

27

28

United States District Court
Northern District of California

1          Counsel for all plaintiffs in these coordinated cases are ordered to send a full copy of the

2     transcript of the September 10, 2015 hearing (both the morning and afternoon sessions) to each of

3     their clients.  They must do so before October 1, 2015.  Counsel for all plaintiffs must file a

4     declaration, by no later than October 1, 2015, demonstrating that they sent a copy of the transcript

5     to each client.

6

7          **IT IS SO ORDERED.**

8     Dated: September 11, 2015

9                                                        _____

10                                                       VINCE CHHABRIA
                                                         United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2