UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC., et al.,<br>Defendants.<br>AND COORDINATED CASES:<br>Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC<br>Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC<br>Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC<br>Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC<br>Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC<br>Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC<br>Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC<br>Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC<br>Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC<br>Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC<br>Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC<br>Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC<br>Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC<br>Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC<br>John, Richard v. United Airlines, Inc. et al. | Case No. 12-cv-02730-VC<br><br>**ORDER** |

3:15-cv-00475 VC
Briscoe, Odie v. United Airlines, Inc. et al.
3:15-cv-00476 VC
Hartsfield, Terrence v. United Airlines, Inc.
et al. 3:15-cv-00477 VC

This order summarizes the key points from the April 6, 2016 case management conference.

As planned, the motions to strike and/or dismiss the retaliation claims will be heard on May 19, 2016 at 1:30 pm. A further case management conference will take place at that time also.

A hearing on all motions to transfer will take place June 30, 2016 at 1:30 pm. A further case management conference will take place at that time also. The plaintiffs' deadline to respond to the motions to transfer that have already been filed is extended to Monday, April 11, 2016. The defendants' reply deadline is extended to April 25, 2016.

For all cases in which initial disclosures have not yet been exchanged, the parties are ordered to exchange them by May 4, 2016. In addition, the discovery stay is lifted for all cases.

By this Friday, April 8, 2016, at 4pm, Brian Mildenberg and counsel for the defendants are each ordered to file lists in which they rank the all the plaintiffs based on who they believe are the best candidates to be in the "bellwether" group. The lists should be presented in the format discussed at the case management conference. The parties should anticipate that this group will begin going to trial in February 2017, that the last day to hear dispositive motions for this group will be in December 2016, and that the fact discovery cutoff for this group will be mid-October 2016.

**IT IS SO ORDERED.**

Dated: April 6, 2016

_____
VINCE CHHABRIA
United States District Judge

2