1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    ELDRIDGE JOHNSON,                    Case No.  12-cv-02730-VC   (SK)

8              Plaintiff,                 Case No.  15-cv-00457-VC   (SK)

9         v.                             Case No.  15-cv-00458-VC   (SK)

10   UNITED AIRLINES, INC., et al.,       Case No.  15-cv-00461-VC   (SK)

11            Defendants.                 Case No.  15-cv-00462-VC   (SK)

     AND COORDINATED CASES.              Case No.  15-cv-00464-VC   (SK)

12                                        Case No.  15-cv-00465-VC   (SK)

13                                        Case No.  15-cv-00466-VC   (SK)

14                                        Case No.  15-cv-00468-VC   (SK)

15                                        Case No.  15-cv-00469-VC   (SK)

16                                        Case No.  15-cv-00470-VC   (SK)

17                                        Case No.  15-cv-00471-VC   (SK)

18                                        Case No.  15-cv-00472-VC   (SK)

19                                        Case No.  15-cv-00473-VC   (SK)

20                                        Case No.  15-cv-00474-VC   (SK)

21                                        Case No.  15-cv-00475-VC   (SK)

22                                        Case No.  15-cv-00476-VC   (SK)

23                                        Case No.  15-cv-00477-VC   (SK)

24                                        **ORDER SETTING FURTHER**
                                          **SCHEDULING CONFERENCE**
25

26

27        Following the Scheduling Conference on April 6, 2016, the Court HEREBY ORDERS the

28   parties to appear on June 30, 2016 at 10:30 a.m. in Courtroom A, 15th Floor, Federal Building,

United States District Court
Northern District of California

1  450 Golden Gate Avenue, San Francisco, California 94102 for a further scheduling conference in

2  preparation for the Settlement Conferences.  Lead trial counsel shall appear at the scheduling

3  conference.  The parties need not submit any written documents at this time.

4         **IT IS SO ORDERED**.

5  Dated: April 8, 2016

6  

7  SALLIE KIM
   United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California